COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        George M. Bishop, III v. Commission for Lawyer Discipline

Appellate case number:     01-18-01115-CV

Trial court case number:    36282

Trial court:                        21st District Court of Washington County

Appellant, George M. Bishop. III, has filed a notice of appeal of the trial court's "Modified Judgment of Partially Probated Suspension." And, appellant has filed a motion to stay "the remaining three (3) months of active suspension" pending resolution of the appeal. We **deny** the motion to stay. *See* Tex. R. Disciplinary P. 3.13 (providing judgment of suspension may be stayed during pendency of appeal if district court finds, upon competent evidence, that appellant's "continued practice of law does not pose a continuing threat to the welfare of [appellant's] clients or to the public").

It is so ORDERED.

Judge's signature:     /s/ Julie Countiss
                                    ☑ Acting individually   ☐ Acting for the Court

Date:   February 12, 2019